## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff

        vs.

VINEL NELSON

                Defendants

CIVIL NO. 17-00747

## ORDER

AND NOW, this     17th     day of     May     , 2017,

upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make

Service is granted.

                /s/ *Gerald J. Pappert*

                                      J.