# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KML LAW GROUP; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>VINEL NELSON; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-00747<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served VINEL NELSON the above process on the 15 day of May, 2017, at 2:31 o'clock, PM, at 3626 NORTH 22ND STREET PHILADELPHIA, PA 19140, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

[X] By handing a copy to the Defendant(s)

Description: Approximate Age 56-60   Height 5'6   Weight 160   Race BLACK   Sex FEMALE   Hair BLACK
Military Status: [X] No   [ ] Yes   Branch: _____

Commonwealth/State of Pa   )
                          ) SS:
County of Berks           )

Before me, the undersigned notary public, this day, personally, appeared _D'Wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158097
Case ID #: 4880565

Subscribed and sworn to before me
this _18_ day of _May_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017