UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>VINEL NELSON,<br>　　　　　　　　　　Defendant | No. 17-00747 |

**DEFAULT JUDGMENT**

AND NOW, this ___8th___ day of ___June___, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, February 16, 2017 and, after due service of process on Defendant, VINEL NELSON, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, VINEL NELSON, in the amount of $2,214.50 and $12,056.59 for a total of $14,271.09. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: June 8, 2017

　　　　　　　　　　　　　　　　　　　　　　　KATE BARKMAN
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court
　　　　　　　　　　　　　　　　　　　　　　　EasternDistrict of Pennsylvania

　　　　　　　　　　　　　　　　　By:　　s/ Terry Milano
　　　　　　　　　　　　　　　　　　　　Deputy Clerk